**No. 54454.**—M. M. DuPouey *v.* United States, petition 6708–R (New Orleans).

Opinion by CLINE, J.   At the trial the customs broker testified that she made the entry herein for Hambro Trading Co. on June 6, 1947; that on June 2 she filed a request for information from the appraiser who stated that he had no current information and that market value should be ascertained from the shipper; that subsequently an amended entry was filed on the basis of information given by the examiner; and that she understood that the figures given by the examiner included the packing charges, but when the examiner made his return, packing was added to the net value.   On the record presented it was held that the petitioner acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 54455.**—Geo. F. Bassett & Co., Inc., et al. *v.* United States, protests 152905–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

### BEFORE THE FIRST DIVISION, JUNE 26, 1950

**No. 54456.**—Freedman & Slater, Inc. *v.* United States, protest 130344–K/12849 (New Orleans).

Opinion by COLE, J.   The protest was dismissed.

**No. 54457.**—Sears, Roebuck & Co. *v.* United States, protest 155383–K/2205 (Chicago).

Opinion by COLE, J.   The protest was dismissed.

**No. 54458.**—T. M. Duche & Sons, Inc., et al. *v.* United States, protests 805431–G, etc. (Boston and Tampa).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54459.**—Leading Forwarders, Inc. *v.* United States, protests 155751–K (B), etc. (New York).

Opinion by MOLLISON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

### BEFORE THE SECOND DIVISION, JUNE 26, 1950

**No. 54460.**—S. S. Kresge Company et al. *v.* United States, protests 971421–G, etc. (New York).

Opinion by LAWRENCE, J.   The protests were dismissed.